UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV220

| | |
|---|---|
| WALEE MUSLIM SHABAZZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEITH VINSON, DEBBIE SMITH, )<br>ANDY CALHOUN, and YMCA CHARLOTTE )<br>)<br>_____Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before this Court upon its own Motion. Plaintiff's Complaint (Document #1) against Defendants, filed on May 31, 2007 alleges that the Defendants both violated the Racketeering Influenced and Corrupt Organizations (RICO) Act and breached their fiduciary duties by denying Plaintiff access to a multipurpose room. Even treating the plaintiff's allegations as true, these allegations are wholly frivolous as a putative basis for a RICO claim, and accordingly, Plaintiff's Complaint is DISMISSED.

IT IS SO ORDERED.

Signed: June 4, 2007

Graham C. Mullen
United States District Judge