# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Walee Muslim Shabazz,

       Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                                    3:07-cv-220

Keith Vinson, Debbie Smith,
Andy Calhoun and YMCA Charlotte

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 4, 2007 Order.

**Signed: June 5, 2007**

Frank G. Johns, Clerk
United States District Court